IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SHAUNTA HUDSON**                                                                              **PLAINTIFF**

**v.**                    **CASE NO. 4:10CV00756 BSM**

**UNITED SYSTEMS OF ARKANSAS, INC.**                                       **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on December 15, 2011;

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Shaunta Hudson recover from defendant United Systems of Arkansas, Inc. damages in the amount of One Hundred Seventy-Nine, Three Hundred Sixty-Two Thousand ($179,362) Dollars. Hudson shall have fourteen (14) days in which to file her motion for attorneys fees and costs. United Systems of Arkansas, Inc. shall have seven (7) days to file its response.

IT IS SO ORDERED this 21st day of December 2011.

_____
UNITED STATES DISTRICT JUDGE